AO 92
(Rev. 6/83)

COMMITMENT

# United States District Court

| DISTRICT | |
|---|---|
| | New Jersey |

| UNITED STATES OF AMERICA<br>V.<br><br>JAMES EDWARDS | DOCKET NO.<br><br>04-884 (MLC) |
|---|---|

The above named defendant was arrested upon the complaint of

charging a violation of  21 USC § 841(a)(1) & 21 USC 21:860

| DISTRICT OF OFFENSE | DATE OF OFFENSE |
|---|---|
| New Jersey | |

DESCRIPTION OF CHARGES:

Distribution of Cocaine Base & Distribution of Cocaine base within 1000 Ft of a playground

BOND IS FIXED AT
$  Detained

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

7/21/10
Date

[signature]
United States Judge or Magistrate

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |